## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

REX DARYL ICE,             )
                                         )
          **Plaintiff,**         )
                                         )
**v.**                               )      **Case No. CIV-19-699-STE**
                                         )
**ANDREW SAUL,**            )
**Commissioner of Social Security,**  )
                                         )
          **Defendant.**[1]     )

## ORDER

Magistrate Judge Shon T. Erwin issued a Report and Recommendation ("R. & R.") in this matter on July 31, 2019 (Doc. No. 3). Judge Erwin recommends that the Court: 1) deny Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2); 2) order Plaintiff to pay the $400.00 filing fee; and 3) dismiss this action if Plaintiff fails to pay the filing fee within 21 days.

Plaintiff has now paid the $400.00 filing fee. Accordingly, it is clear that Plaintiff does not object to the recommendations made in the R. & R.

The Court ACCEPTS and ADOPTS the R. & R. Consistent with Judge Erwin's recommendation, and in light of Plaintiff's payment of the filing fee, Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2) is DENIED. Payment of the filing fee renders the R. & R.'s other recommendations moot.

This matter remains assigned to Judge Erwin in accordance with General Order No. 16-4.

---

[1] The current Commissioner of Social Security is hereby substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d).

IT IS SO ORDERED this 29th day of August, 2019.

CHARLES B. GOODWIN
United States District Judge